Lasher v Lasher (2024 NY Slip Op 05669)

Lasher v Lasher

2024 NY Slip Op 05669

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, AND HANNAH, JJ.

617.1 CA 23-00389

[*1]MELISSA A. LASHER, PLAINTIFF-APPELLANT,
v
DONALD J. LASHER, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

ELIZABETH C. FRANI, SYRACUSE, FOR PLAINTIFF-APPELLANT. 
BRIAN J. BARNEY, ROCHESTER, FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered August 19, 2022. The order, inter alia, ordered disclosure and discovery closed except with respect to the production of certain tax returns. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Maniscalco v Maniscalco [appeal No. 2], 109 AD3d 1129, 1129-1130 [4th Dept 2013]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court